IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIOI NISSAY DOWA INSURANCE, GLOBAL REINSURANCE CORPORATION OF AMERICA, IRB BRASIL RE, R&Q REINSURANCE COMPANY, SECOM GENERAL INSURANCE COMPANY LIMITED, SIRIUSPOINT LTD., and TIG INSURANCE COMPANY,<br><br>Defendants. | 8:22CV199<br><br><br>ORDER |

This matter is before the Court on plaintiff National Indemnity Company's August 18, 2022, Motion to Dismiss Defendant Global Reinsurance Corporation Without Prejudice. Filing 53. National Indemnity voluntarily dismisses defendant Global Reinsurance Corporation of America, as successor-in-interest to Constitution Reinsurance Corporation from this case, without prejudice to any future action, and with each party to pay its own costs. Filing 53 at 1–2. No party has opposed this Motion. Accordingly,

IT IS ORDERED that

1. Plaintiff National Indemnity Company's August 18, 2022, Motion to Dismiss Defendant Global Reinsurance Corporation Without Prejudice, Filing 53, is granted;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), defendant Global Reinsurance Corporation of America is dismissed from this action without prejudice and with each party to bear its own fees and costs.

3. Defendant Global Reinsurance Corporation of America's August 2, 2022, Motion to Dismiss, Filing 43, is denied as moot.

4. The dismissal of defendant Global Reinsurance Corporation of America does not include the claims for relief against the remaining defendants.

Dated this 2nd day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge