IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIOI NISSAY DOWA INSURANCE, GLOBAL REINSURANCE CORPORATION OF AMERICA, IRB BRASIL RE, R&Q REINSURANCE COMPANY, SECOM GENERAL INSURANCE COMPANY LIMITED, SIRIUSPOINT LTD., TIG INSURANCE COMPANY, and RIVERSTONE INSURANCE (UK) LIMITED,<br><br>Defendants. | 8:22CV199<br><br>ORDER ON STIPULATION FOR DISMISSAL OF RIVERSTONE INSURANCE WITH PREJUDICE |

This case is before the Court on the November 15, 2022, Joint Stipulated Motion to Dismiss Riverstone Insurance (UK) Limited with Prejudice. Filing 87. In their Joint Stipulated Motion, NICO and Riverstone Insurance request that the Court dismiss Riverstone Insurance with prejudice with each party to pay its own costs. The Joint Stipulated Motion was signed by NICO and Riverstone Insurance but not by "all parties who have appeared," as required by Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure. Consequently, the Court was required to wait the time for any opposition or reply to run before ruling on the Joint Stipulated Motion. The time has now run, and no oppositions or replies have been filed. Accordingly,

IT IS ORDERED that the November 15, 2022, Joint Stipulated Motion to Dismiss Riverstone Insurance (UK) Limited with Prejudice, Filing 87, is granted, and this action is dismissed with prejudice as to Riverstone Insurance (UK) Limited. Each party shall bear its own costs and attorneys' fees.

1

2

Dated this 16th day of December, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge