IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIOI NISSAY DOWA INSURANCE; GLOBAL REINSURANCE CORPORATION OF AMERICA; IRB BRASIL RE; R&Q REINSURANCE COMPANY; SECOM GENERAL INSURANCE COMPANY LIMITED; SIRIUSPOINT LTD.; TIG INSURANCE COMPANY; and RIVERSTONE INSURANCE (UK) LIMITED,<br><br>Defendants. | 8:22CV199<br><br>**ORDER LIFTING STAY** |

  This case is now before the Court on plaintiff NICO's Notice of Decision and Motion to Lift Stay. Filing 122. By Order, Filing 88, the Court stayed proceedings on NICO's claims against TIG pending disposition of TIG's declaratory judgment action in the District of New Hampshire or a determination by that court that it lacks personal jurisdiction over NICO. In its Notice and Motion, NICO advises that the New Hampshire court has dismissed TIG's New Hampshire action against NICO for lack of personal jurisdiction over NICO. Filing 122 at 2. Consequently, NICO asks that this Court lift the stay on proceedings against TIG in this action. Filing 122 at 2. TIG filed a Response stating that it does not oppose the motion to lift the stay. Filing 136. Under the circumstances, the Court agrees that it is appropriate to lift the stay.

  In the Order staying the proceedings against TIG, the Court also denied without prejudice TIG's Motion to Dismiss as to challenges to personal jurisdiction and venue pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, respectively, and stated that those

parts of TIG's Motion may be reasserted in this action if circumstances warrant after the stay is lifted. Thus, TIG may now reassert its motion to dismiss if it so desires.

Accordingly,

IT IS ORDERED that the stay on NICO's claims against TIG in this action imposed by the Court's Order, Filing 88, is lifted, and TIG may now reassert its motion to dismiss if it so desires.

Dated this 20th day of April, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge