IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL INDEMNITY COMPANY,

        Plaintiff,

vs.

GLOBAL REINSURANCE CORPORATION OF AMERICA, IRB BRASIL RE, R&Q REINSURANCE COMPANY, SIRIUSPOINT LTD., TIG INSURANCE COMPANY, FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,

        Defendants.

8:22CV199

ORDER

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO, ORDERED.

Dated: May 23, 2023

                                          BY THE COURT:

                                          Brian C. Buescher
                                          United States District Judge