IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>GLOBAL REINSURANCE CORPORATION OF AMERICA, R&Q REINSURANCE COMPANY, TIG INSURANCE COMPANY, FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,<br><br>        Defendants. | 8:22CV199<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

       This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       IT IS SO ORDERED.

       Dated this 16th day of April 2024.

                                                                              BY THE COURT:

                                                                              Robert F. Rossiter, Jr.
                                                                              Chief United States District Judge