IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>AIOI NISSAY DOWA INSURANCE, GLOBAL REINSURANCE CORPORATION OF AMERICA, IRB BRASIL RE, R&Q REINSURANCE COMPANY, SECOM GENERAL INSURANCE COMPANY LIMITED, SIRIUSPOINT LTD., TIG INSURANCE COMPANY, RIVERSTONE INSURANCE (UK) LIMITED, as successor-in-interest to; FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,<br><br>            Defendants. | 8:22CV199<br><br>ORDER OF DISMISSAL |

    This matter is before the Court on the Joint Stipulation of Dismissal of Defendants Farmers Alliance Mutual Insurance Company and Pennsylvania Lumbermens Mutual Insurance Company. (Filing No. 323.) In accordance with the Stipulation,

    **IT IS ORDERED** that Plaintiff's claims against Farmers Alliance Mutual Insurance Company and Pennsylvania Lumbermens Mutual Insurance Company are dismissed with prejudice.

    Dated this 24th day of June, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge