IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AIOI NISSAY DOWA INSURANCE, GLOBAL REINSURANCE CORPORATION OF AMERICA, IRB BRASIL RE, R&Q REINSURANCE COMPANY, SECOM GENERAL INSURANCE COMPANY LIMITED, SIRIUSPOINT LTD., TIG INSURANCE COMPANY, RIVERSTONE INSURANCE (UK) LIMITED, as successor-in-interest to; FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,<br><br>Defendants. | 8:22CV199<br><br>ORDER OF DISMISSAL |

Pursuant to the Joint Stipulation of Dismissal ([Filing No. 356](#)) between Plaintiff National Indemnity Company and Defendant Global Reinsurance Corporation of America,

**IT IS ORDERED** that Plaintiff National Indemnity Company's claims against Global Reinsurance Corporation of America are dismissed with prejudice.

Dated this 2nd day of August, 2024.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge