# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL REINSURANCE CORPORATION OF AMERICA, as successor-in-interest to CONSTITUTION REINSURANCE CORPORATION; R&Q REINSURANCE COMPANY, as successor-in-interest to CALVERT FIRE INSURANCE COMPANY, FARMERS ALLIANCE MUTUAL INSURANCE COMPANY, HORACE MANN INSURANCE COMPANY, and PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY; SIRIUSPOINT LTD., as successor-in-interest to GENERAL FIRE AND CASUALTY COMPANY; and TIG INSURANCE COMPANY,<br><br>Defendants. | Case No. 8:22-cv-199<br><br>**DEFENDANT R&Q REINSURANCE COMPANY (IN LIQUIDATION'S) STATUS REPORT** |

## I.     STATUS OF R&Q LIQUIDATION PROCEEDING

On March 14, 2023, liquidation proceedings against R&Q Reinsurance Co. ("R&Q") were commenced in the Commonwealth Court of Pennsylvania. On March 23, 2023, the Commonwealth Court entered a comprehensive order: (1) requiring the liquidator to take possession of R&Q's assets; (2) imposing notice and procedure requirements for filing claims against the estate; (3) establishing rules for the distribution of the estate's assets; (4) staying all existing actions in Pennsylvania or elsewhere; and (5) ordering that the relief sought in this action be pursued against R&Q's estate through a statutory "proof of claim" mechanism.

The estate continues the process of evaluating proof of claims. The evaluation process is expected to take several years, and no disposition date is currently available.

Dated: March 14, 2025

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

*/s/Steven J. Brotman*
Donald E. Frechette
20 Church Street, 20th Floor
Hartford, CT 06103
(860) 525-5065
donald.frechette@troutman.com

Ernesto R. Palomo
111 S. Wacker Drive
Chicago, Illinois 60606
(312) 443-0477
ernesto.palomo@troutman.com

Steven J. Brotman
777 S. Flagler Dr., Suite 215 East
West Palm Beach, FL 33401
(561) 820-0214
steven.brotman@troutman.com

*Attorneys for R&Q Reinsurance Company (in Liquidation)*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven J. Brotman*
Steven J. Brotman