IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>R&Q REINSURANCE COMPANY, TIG INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,<br><br>Defendants. | 8:22CV199<br><br>ORDER |

Counsel for Plaintiff and counsel for Defendant Horace Mann Insurance Company ("Horace Mann") contacted the court today giving notice of settlement as to Defendant Horace Mann only. Accordingly,

**IT IS ORDERED:**

1. On or before October 7, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case as to Defendant Horace Mann only; and,

2. Defendant Horace Mann's deadlines regarding pending Motions in Limine are stayed; and,

3. All other deadlines as to the remaining Defendant(s) shall remain as previously set.

Dated this 5th day of September, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge