IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>R&Q REINSURANCE COMPANY, TIG INSURANCE COMPANY, and HORACE MANN INSURANCE COMPANY,<br><br>Defendants. | 8:22CV199<br><br><br>**ORDER** |

This matter is before the Court on National Indemnity Company and Horace Mann Insurance Company's Joint Stipulated Motion to Dismiss Horace Mann with Prejudice. (Filing No. 627). Defendants TIG Insurance Company and R&Q Reinsurance Company have no objection to the motion being granted. Having considered the matter, the Court will accept the joint stipulation and grant the motion to dismiss. Accordingly,

**IT IS ORDERED** that defendant Horace Mann Insurance Company is dismissed from this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 22nd day of September, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge