IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY, | |
| Plaintiff, | **8:22CV199** |
| vs. | |
| | **ORDER OF DISMISSAL** |
| R&Q REINSURANCE COMPANY, and  TIG INSURANCE COMPANY, | |
| Defendants. | |

This matter is before the Court on the Motion to Dismiss R&Q Reinsurance Company Without Prejudice (Filing No. 679) filed by National Indemnity Company. The motion states that counsel for R&Q Reinsurance Company and Tig Insurance Company do not oppose the dismissal of R&Q Reinsurance Company. In accordance with the unopposed motion,

**IT IS ORDERED** that Plaintiff's claims against R&Q Reinsurance Company are dismissed without prejudice.

Dated this 1st day of July, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge