IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TIG INSURANCE COMPANY,<br><br>Defendant. | **8:22CV199**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the parties' respective deposition designations and objections to those designations and counter-designations. (Filing No. 726; Filing No. 729.)

**DISCUSSION**

TIG Insurance Company has objected to National Indemnity's deposition designations of Stewart Richmond. (Filing No. 726.) Because Mr. Richmond will be testifying in person at trial, his deposition testimony can only be used for impeachment. Therefore, rulings on TIG's objections to Mr. Richmond's testimony will be made during trial, upon appropriate objection. However, TIG's objection to Mr. Richmond's testimony based on Federal Rule of Evidence 408 will be addressed by separate written order. National Indemnity has withdrawn its deposition designations of Dale Cockrell and William Gianoulis. Therefore, the objections to National Indemnity's designations pertaining to these witnesses and TIG's counter-designations are moot. (Filing No. 726.)

The Court's rulings on the objections to TIG's deposition designations of Dale Cockrell and National Indemnity's counter-designations pertaining to that witness are set out in the chart attached to this Order. (Filing No. 729.)

Accordingly,

**IT IS ORDERED** that parties' respective objections to the deposition designations and counter-designations are sustained, in part, and overruled, in part, as set forth herein and the attached chart. (Filing No. 726; Filing No. 729.)

Dated this 6th day of November, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge