IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATIONAL INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TIG INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:22-cv-199<br><br><br><br><br><br>**ORDER REGARDING NATIONAL INDEMNITY'S DEPOSITION DESIGNATIONS** |

The Court rules as follows regarding TIG's Objections to National Indemnity's Deposition Designations of Dale Cockrell, and National Indemnity's Objections to TIG's Counter-designations (Filing No. 726):

1. **TIG's Objections to National Indemnity's Designations of Dale Cockrell:**

13:21-13:24: Overruled.

50:22-51:6: Sustained. However, the question at 50:20-21 can be added if National Indemnity would like to use this answer.

53:18-53:22: Overruled; Objection to Depo. Ex. 122: Overruled.

54:1-9: Overruled.

57:16-63:18: As to specific lines 58:2-13, Overruled.

72:10-73:6: Overruled; Objections to Depo Exs. 126, 127, and 128: Overruled.

79:2-79:10: Sustained; Objections to Ex. 130: Overruled

82:13 – 83:7: Sustained; Ex. 130: Overruled.

115:24-116:14: As to specific lines 116:4-14: Sustained, otherwise Overruled.

127:5-23: Overruled. However, the Court will note that this passage starts with an answer, so the questions starting at 126:19 – 127:4 will need to be included.

132:7-10: Sustained.

132:13-14: Sustained.

132:17-133:9: Overruled.

173:4-175:4: Sustained as to 173:9-23; Overruled as to 173:24 to 174:8; Sustained as to 174:9-175:4.

179:5-181:2: Overruled.

2. **National Indemnity's Objections to TIG's Counter-Designations of Dale Cockrell:**

14:8:14: Overruled.

48:14-25: Overruled.

63:19-24: Overruled.

64:2-24: Overruled.

81:11-24: Overruled.

84:1-6: Overruled.

97:17-98:3: Overruled.

128:1-8: Overruled.

181:3-7: Overruled.

Dated this 7th day of November, 2026.

BY THE COURT:

Susan M. Bazis

Susan M. Bazis
United States District Judge